Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue, Venice, CA 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LICKERISH LIMITED, a United Kingdom Private Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>EVOLVE MEDIA HOLDINGS, LLC, a California limited liability company; EVOLVE MEDIA, LLC, a California limited liability company; CRAVEONLINE MEDIA, LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><u>Jury Trial Demanded</u> |

Lickerish Inc. hereby prays to this Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff Lickerish Inc. is a company based in the United Kingdom. Lickerish is a premier photographic syndication company that provides photos of models and celebrities created by internationally renowned photographers to communication and media businesses. Through its extensive library of photos of celebrities and models taken by internationally renowned photographers, Lickerish has developed a worldwide clientele.

5. Upon information and belief, Defendant Evolve Media Holdings, LLC is a California limited liability company with its principal place of business located at 9595 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212. Upon information and belief, Evolve Media Holdings is the owner, parent, or controlling shareholder of, and/or holding company for, Defendants Evolve Media, LLC and CraveOnline Media, LLC (collectively, the "Evolve Media Defendants"). Upon information and belief, the Evolve Media Defendants collectively own, operate, and/or control the commercial website superherohype.com and its related/affiliated subdomains, mobile websites, and applications (collectively, "Defendants' Website").

6. Upon information and belief, Defendant Evolve Media, LLC is a California limited liability company with its principal place of business located at 9595 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212.

7. Upon information and belief, Defendant CraveOnline Media, LLC is a California limited liability company with its principal place of business located at 9595 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212.

8. Upon information and belief, Defendants DOES 1-10 (collectively with the Evolve Media Defendants, "Defendants") are other parties not yet identified who have infringed the asserted copyrights, have contributed to the infringement of the

1  asserted copyrights, or have engaged in one or more of the wrongful practices alleged
2  herein. The true names, whether corporate, individual, or otherwise, of DOE
3  Defendants 1-10 are presently unknown to Plaintiff, which therefore sues DOE
4  Defendants 1-10 by such fictitious names, and will seek leave to amend this
5  Complaint to show their true names and capacities when the same have been
6  ascertained.

7      9.    Upon information and belief, and at all relevant times, each of the
8  Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego,
9  and/or employee of the remaining Defendants, and was at all times acting within the
10 scope of such agency, affiliation, alter-ego relationship, and/or employment; and
11 actively participated in, subsequently ratified, and/or adopted each of the acts or
12 conduct alleged, with full knowledge of each violation of Plaintiff's rights and the
13 damages to Plaintiff proximately caused thereby.

## DEFENDANTS' UNAUTHORIZED EXPLOITATION OF THE SUBJECT PHOTOGRAPH

16     10.    Victoria Adamson is a professional photographer who created and owns
17 an original photograph that is titled VA-NS-15001006 and registered with the U.S.
18 Copyright Office (the "Subject Photograph").

19     11.    At all relevant times, Adamson appointed Lickerish as the exclusive
20 administrator, licensing agent, and syndicator of the Subject Photograph. Accordingly,
21 Lickerish has standing to maintain this action under 17 U.S.C. § 501(b).

22     12.    Following the publication and display of the Subject Photograph,
23 Defendants, and each of them, used the Subject Photograph for commercial purposes
24 on Defendants' Website without a license from Lickerish.

25 ///
26 ///
27 ///
28

 

VA-NS-15001006

13. In January 2023, Lickerish sent Defendants cease-and-desist correspondence demanding the removal of the Subject Photograph from Defendants' Website and requesting information regarding Defendants' use of the Subject Photograph to explore an amicable resolution to this dispute. Lickerish did not receive a response from Defendants.

14. In November 2023, Defendants continued to display the Subject Photograph on Defendants' Website.

///
///
///



## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants, and Each)**

15.    Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

16.    Upon information and belief, Defendants had access to the Subject Photograph, including through viewing the Subject Photograph on Lickerish's and or Adamson's websites, social media accounts, publications, profiles, and/or exhibitions; on an Internet search engine or third-party website; and/or through striking similarity

(i.e., because an essentially verbatim copy of the Subject Photograph was displayed on Defendants' Website).

17. Upon information and belief, Defendants displayed the Subject Photograph for commercial purposes on Defendants' Website without a license from Lickerish.

18. Due to Defendants' (acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

19. Due to Defendants' acts of copyright infringement, Defendants have obtained profits they would not have realized but for their infringement of the copyright in the Subject Photograph. As such, Plaintiff is entitled to disgorgement of Defendants' profits attributable to Defendants' infringement of the copyright in the Subject Photograph in an amount to be established at trial.

20. Upon information and belief, Defendants committed copyright infringement with actual or constructive knowledge of, or with reckless disregard or willful blindness for, Plaintiff's rights, such that their acts of copyright infringement were willful—including because they continued to display the Subject Photograph after receipt of Lickerish's notice of alleged infringement.

## SECOND CLAIM FOR RELIEF

**(For Vicarious and/or Contributory Copyright Infringement – Against Evolve Media Holdings and Evolve Media)**

21. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this complaint.

22. Upon information and belief, Evolve Media Holdings and Evolve Media had knowledge of the unauthorized display of the Subject Photograph on Defendants' Website as of at least January 2023, and materially contributed to the infringement alleged herein by failing to remove the unauthorized copy of the Subject Photograph displayed on Defendants' Website for at least nine months.

///

23. Upon information and belief, Evolve Media Holdings and Evolve Media have the right and ability to supervise the operation of Defendants' Website, including the display of the Subject Photograph thereon, and have a direct financial interest in (and realize profits through) the infringing conduct alleged herein—specifically, the display of the Subject Photograph on Defendants' Website.

24. Due to Evolve Media Holdings' and Evolve Media's acts of contributory and/or vicarious copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

25. Due to Evolve Media Holdings' and Evolve Media's acts of contributory and/or vicarious copyright infringement, Evolve Media Holdings and Evolve Media have obtained profits they would not have realized but for the infringement of the copyright in the Subject Photograph. As such, Plaintiff is entitled to disgorgement of their profits attributable to their infringement of the copyright in the Subject Photograph in an amount to be established at trial.

26. Upon information and belief, Evolve Media Holdings and Evolve Media have committed contributory and/or vicarious copyright infringement with actual or constructive knowledge of, or with reckless disregard or willful blindness for, Plaintiff's rights, such that their acts of contributory and/or vicarious copyright infringement were willful—including because they continued to display the Subject Photograph after receipt of Lickerish's notice of alleged infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows against all Defendants and with respect to each claim for relief:

    a. That Defendants, each of them, their agents, and anyone working in concert with Defendants and/or their agents, be enjoined from using the Subject Photograph without Plaintiff's authorization in a manner that infringes the copyright in the Subject Photograph;

///

b. That Plaintiff be awarded Defendants' profits, and Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its costs and fees under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: November 3, 2023                    DONIGER/BURROUGHS

                                           By:   /s/ *Stephen M. Doniger*
                                                 Stephen M. Doniger, Esq.
                                                 Benjamin F. Tookey, Esq.
                                                 Attorneys for Plaintiff